UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ---------------------------------------------- X<br>OLIVET UNIVERSITY,                           :<br>                                              :<br>            Plaintiff,                       :<br>                                              :<br>    -against-                                 :<br>                                              :<br>ALEX ROUHANDEH                                :<br>                                              :<br>            Defendant.                       :<br>--------------------------------------------- X | **COMPLAINT**<br>**WITH JURY DEMAND**<br><br>**CASE NO. 8:24-CV-00771** |

Olivet University ("Olivet"), by its undersigned counsel, brings this Complaint against Alex Rouhandeh for committing defamation against Olivet.

**NATURE OF THE ACTION**

1. This lawsuit arises from Newsweek's blatant abuse of its position as a trusted media company with a broad audience to attack its enemies by publishing false and defamatory statements about them, a course of conduct in which Defendant Rouhandeh was a key participant.[1]

---

[1] Olivet has also brought defamation claims against Newsweek Digital LLC, Newsweek LLC, Newsweek Magazine LLC, Newsweek Publishing LLC, NW Digital LLC, NW Magazine LLC, NW Media Holdings Corp. (collectively, "Newsweek"), and Newsweek correspondent Naveed Jamali. *See* Amended Complaint, Case No. 1:23-cv-05670-NRB (S.D.N.Y. filed September 18, 2023), Dkt. 26 (the "New York Action"). Rouhandeh was voluntarily dismissed from the New York Action, based on an assertion of the court's lack of personal jurisdiction. *See* Notice of Voluntary Dismissal Without Prejudice, Case No. 1:23-cv-05670-NRB (S.D.N.Y. Jan. 19, 2024), Dkt. 47; *see also id.* Dkt. 48 (granting dismissal of Rouhandeh without prejudice).

2. Specifically, after Newsweek CEO Dev Pragad ("Pragad") improperly seized control of Newsweek, he threatened to use the power of the press to silence his co-owner, and then made good on his threats when his demands were not met.

3. Pragad and Johnathan Davis ("Davis") became the nominal co-owners of Newsweek in 2018. At the time, both were members of the Olivet church (the "Church"), a denomination of churches and faith groups, founded and led by Dr. David Jang ("Dr. Jang" or "Jang"). Both Pragad and Davis also served at Olivet.

4. Beginning years earlier, Pragad sought to seize full control of Newsweek's operations. He threatened to go "nuclear" against Davis, Olivet, and the Church, should Davis seek to be anything more than a silent partner in Newsweek. In or around April 2022, Pragad also publicly announced his disassociation with the Church.

5. Pragad followed through with his threats, using Newsweek to publish false and defamatory statements regarding Olivet. On July 2, 2022, Newsweek published an article (authored by Naveed Jamali) stating that "***Olivet pleaded guilty to money laundering***, as did several of Jang's followers and

companies they ran."[2]  On March 28, 2023, Newsweek published a separate article, authored by Jamali and Rouhandeh stating that "***Olivet University has previously pleaded guilty to money laundering*** in New York."[3]

6. Rouhandeh knew that the statement in the March 2023 article he co-authored was false.  The public records on which the articles were purportedly based plainly showed that Olivet did not plead guilty to money laundering.  Olivet pled to, in relevant part, "conspiracy in the fifth degree," a misdemeanor.  Pleading guilty to a "conspiracy" misdemeanor is a very different thing, and is recognized by the typical reader as a very different thing, than pleading guilty to money laundering, which is typically a felony.  Indeed, before the March 2023 article was published, Olivet informed Newsweek in writing that Rouhandeh had authored other articles that falsely reported Olivet's plea.[4]

---

[2] Naveed Jamali, *New York Shuts Down Olivet University Amid Federal Money-Laundering Probe*, Newsweek (July 2, 2022, 9:35 PM), https://web.archive.org/web/20220702160903/https://www.newsweek.com/new-york-shuts-down-olivet-university-amid-federal-money-laundering-probe-1721221 (emphasis added).  Attached hereto as Exhibit A.

[3] Naveed Jamali and Alex J. Rouhandeh, *California Moves to Shut Down David Jang's Olivet University as Feds Circle*, Newsweek (Mar. 28, 2023, 12:27 PM), https://web.archive.org/web/20230328163859/https://www.newsweek.com/california-moves-shut-down-david-jangs-olivet-university-feds-circle-1790647.  Attached hereto as Exhibit B.

[4] Letter from Jeffrey M. Rosenfeld to Newsweek LLC, Request to Retract Defamatory Publication Pursuant to California Civil Code §48a, dated July 12, 2022.  Attached hereto as Exhibit C.

7. Rouhandeh's deliberate false reporting of Olivet's plea had its intended effect, causing serious and ongoing damage to Olivet's reputation. Olivet brings this lawsuit to seek redress for its injuries and to stop Rouhandeh from further damaging its reputation.

## PARTIES

8. Plaintiff Olivet is a religious nonprofit corporation organized and existing under the laws of the State of California with its principal place of business in Anza, California. Olivet is a private religious institution consisting of multiple colleges, including the Olivet Theological College & Seminary, the Olivet College of Journalism, and the Olivet Institute of Technology. Dr. Jang founded Olivet in 2004. Olivet was an expansion of the Olivet Theological College & Seminary, which Dr. Jang founded in 2000. Olivet's main campus is in rural southern California. It also has extension campuses across the United States, including in Florida, Missouri, Tennessee, and Washington, D.C.

9. Defendant Rouhandeh, an individual, is the congressional correspondent for Newsweek. Rouhandeh is a resident of Sarasota County and is domiciled in the Middle District of Florida. Rouhandeh is a co-author of a defamatory article that Newsweek published.

## JURISDICTION AND VENUE

10. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11. There is complete diversity among the parties because Olivet is a corporation organized under the laws of the State of California with its principal place of business in Anza, California, and Rouhandeh is a citizen and/or domiciliary of Florida.

12. The amount in controversy exceeds $75,000.00 (exclusive of interest and costs) because, as alleged herein, Rouhandeh's false and defamatory statements have caused Olivet reputational, financial, and professional harm.

13. This Court has general jurisdiction over Rouhandeh because he is a resident of Florida.

14. Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because Rouhandeh resides in this District.

## FACTUAL ALLEGATIONS

**I.  OLIVET'S CLOSE TIES TO NEWSWEEK**

15. In August 2013, IBT Media Inc. acquired Newsweek from IAC Inc. IBT Media Inc. was then co-owned by Etienne Uzac ("Uzac") and Davis.

16. In 2013, Uzac was a member of Olivet's Board of Trustees. Davis was a journalism professor at Olivet and married to Olivet's then-President Tracy Davis. Tracy Davis was a long-standing member of the Olivet community, having completed her graduate and post-graduate studies at the school.

17. In 2018, Uzac and IBT Media Inc. were facing an investigation by the Manhattan District Attorney's Office relating to certain loans that Uzac facilitated for IBT Media Inc. As a result, Pragad encouraged Uzac to distance himself from operating and managing IBT Media Inc. and Newsweek. Ultimately, Pragad proposed, and Uzac and Davis agreed, to document a transaction in which IBT Media Inc. appeared to spin off all Newsweek related assets to NW Media Holdings Corp., which was to be co-owned by Davis and Pragad. Following this purported transaction, Pragad declared himself Newsweek's President and Chief Executive Officer.[5]

18. Like Uzac and Davis, Pragad also had close ties to Olivet. He was a part-time academic advisor at Olivet and a member of the Church.

---

[5] This transaction currently is the subject of litigation between IBT Media Inc. and NW Media Holdings Corp., and also at issue in other related litigations. *See, e.g.*, *infra* ¶ 22. For purposes of this Complaint, Olivet takes no position on the validity of the transaction, and nothing herein should be construed to state a position regarding the validity or invalidity of the transaction as to the transfer of any assets of Newsweek LLC or other Newsweek entities allegedly owned by NW Media Holdings Corp.

19. From at least January 2018 to the present, Pragad has served as President and Chief Executive Officer of Newsweek.

## II. NEWSWEEK, UNDER PRAGAD'S CONTROL, SEVERS ITS TIES WITH OLIVET

20. Based on false pretenses, Pragad has gained notoriety since he assumed the titles of President and Chief Executive Officer of Newsweek. He has served as a guest speaker at a prestigious college, appeared on a widely followed podcast, and been the subject of a Harvard Business School case study.[6]

21. In the wake of this newfound fame, Pragad began to take steps in an effort to seize full control of Newsweek. In or around April 2022, Pragad announced publicly that he was disassociating from Olivet and the Church.

22. Shortly after Pragad's April 2022 announcement, litigation arose among Davis, Pragad, NW Media Holdings Corp., IBT Media Inc., and other individuals and entities. *See, e.g.*, *Pragad v. Davis*, No. 652334/2022 (N.Y. Cnty. Sup. Ct. July 6, 2022); *Davis v. Pragad*, No. 652366/2022 (N.Y. Cnty. Sup. Ct. July 8, 2022); *IBT Media Inc. v. Pragad*, Case No. 652277/2022 (N.Y. Cnty. Sup. Ct. June 30, 2022); *NW Media Holdings Corp. v. IBT Media Inc.*, No. 652344/2022 (N.Y. Cnty. Sup. Ct. July 6, 2022).

---

[6] King's College London, *Exploring the Characteristics of Resilient Leadership*, Youtube (Aug. 5, 2022), https://www.youtube.com/watch?v=sxgxPNR9ss0; Lynda M. Applegate and Suraj Srinivasan, *Newsweek: Driving a Digital First Strategy*, Harvard Business School Case 822-052 (Feb. 2022), https://www.hbs.edu/faculty/Pages/item.aspx?num=61379.

### III.     ROUHANDEH DEFAMES OLIVET

23.     By July 2022, the relationship between Newsweek, under Pragad's effective control, and Olivet had disintegrated.  Among other things, Pragad threatened to detonate a "nuclear bomb" by weaponizing Newsweek's platform to publish negative stories about Davis, Olivet, and others associated with them.

24.     Pragad made good on his threat.  On July 2, 2022, Newsweek published an article about Olivet written by Jamali (the "2022 Article").[7]

25.     The 2022 Article stated that "*Olivet pleaded guilty to money laundering*, as did several of Jang's followers and companies they ran." (emphasis added).

26.     On March 28, 2023, Newsweek published another article about Olivet co-written by Jamali and Rouhandeh (the "2023 Article").[8]

27.     The 2023 Article stated that "Olivet University has previously *pleaded guilty to money laundering* in New York."  (emphasis added).

28.     The statement in the 2023 Article is false and defamatory, and Rouhandeh knew it.  As was clear from public records to which Rouhandeh had access, Olivet resolved an ongoing investigation by the New York County District

---

[7] Jamali, *supra* note 2.

[8] Jamali & Rouhandeh, *supra* note 3.

Attorney into the financing of certain computer servers used by Olivet and Newsweek by entering into a plea agreement in February 2020.

29.     Under the terms of the plea agreement, Olivet pled to falsification of business records in the first degree, a felony, N.Y. Penal Law § 175.10, and conspiracy in the fifth degree, a misdemeanor, N.Y. Penal Law § 105.05(1). The plea agreement provided that, if Olivet complied with the terms for 24 months, then all counts of the indictment other than the conspiracy charge would be dismissed, and the plea of guilty to falsification of business records would be reduced to the second degree, a misdemeanor, N.Y. Penal Law § 175.05. After the expiration of the agreed-upon 24-month period, all charges except for the conspiracy charge were in fact dismissed.

30.     Olivet did not plead to an offense of money laundering. The plea is clear on its face that Olivet pled to "conspiracy in the fifth degree."

31.     Rouhandeh knew or should have known that his statement was patently false because, at a minimum, the facts related to Olivet's plea were publicly available.

32.     Rouhandeh also knew or should have known because Olivet informed Newsweek of this error in the 2022 Article and in other articles that Rouhandeh had authored. On July 12, 2022, Olivet sent Newsweek a cease-and-desist letter. *See* Exhibit C. In the cease-and-desist letter, Olivet identified

Rouhandeh as the author of several articles that falsely stated or implied that Olivet had pled guilty to money laundering. *See generally id.* The cease-and-desist letter unequivocally stated that Rouhandeh's articles "contain false assertions of fact" because Olivet "did not plead guilty to money laundering." *See id.* at 2.

33. In fact, Rouhandeh's co-author Jamali tweeted in April 2022 that Olivet confirmed the dismissal of all money laundering charges. But nearly a year later in March 2023, Rouhandeh stated that Olivet had pled guilty to money laundering.[9]

34. On April 14, 2023, Olivet sent yet another cease-and-desist letter to Newsweek, again highlighting Rouhandeh's error. On April 20, 2023, Newsweek issued a "correction" to the 2023 Article. The correction read: "*This story originally stated that Olivet pleaded guilty to money laundering; it pleaded guilty to falsifying business records in connection with a money-laundering scheme.* Newsweek *regrets the*

---

[9] Naveed Jamali (@NaveedAJamali), Twitter (Apr. 22, 2022, 4:37 PM), https://twitter.com/NaveedAJamali/status/1517603519175475201 ("The money laundering charges & all felony charges have been dismissed & the case is fully resolved as a misdemeanor matter.").

*error.*[10] This purported correction is buried at the bottom of the article and not conspicuous to an average reader.

35. On September 18, 2023, Olivet filed the New York Action against Rouhandeh, his co-author Naveed Jamali, and several Newsweek entities. Olivet filed that complaint in the United States District Court for the Southern District of New York. *See Olivet University v. Newsweek Digital LLC*, Case No. 1:23-cv-05670-NRB (S.D.N.Y. filed September 18, 2023). The New York Action remains pending.

36. Shortly after Olivet initiated the New York Action, Newsweek issued a correction to the false statement in its 2022 Article.[11]

37. Newsweek's belated correction of Jamali's false statement does not remedy the ongoing harm to Olivet from Jamali's false and defamatory statement.

38. On January 30, 2024, pursuant to FLA. STAT. § 770.01, counsel for Olivet again served notice on counsel for Rouhandeh regarding the 2023 Article,

---

[10] Naveed Jamali and Alex J. Rouhandeh, *California Moves to Shut Down David Jang's Olivet University as Feds Circle*, Newsweek (Apr. 20, 2023 at 4:24 PM), https://www.newsweek.com/california-moves-shut-down-david-jangs-olivet-university-feds-circle-1790647#:~:text=California's%20Attorney%20General%20has%20taken,fraud%20and%20other%20suspected%20crimes (the original publication date of this article was on Mar. 28. 2023, 12:27 PM).

[11] Naveed Jamali, *New York Shuts Down Olivet University Amid Federal Money-Laundering Probe*, Newsweek (August 8, 2023, 11:34 AM), https://www.newsweek.com/new-york-shuts-down-olivet-university-amid-federal-money-laundering-probe-1721221 (the original publication date of this article was on July 2, 2022, 9:35 PM).

informing counsel that Olivet planned to refile its suit based on the defamatory statement in the 2023 Article.

39. Olivet filed this lawsuit to obtain remedies for its ongoing injury from Rouhandeh's false and defamatory statement.

## COUNT I
## DEFAMATION *PER SE*

40. Olivet incorporates by reference paragraphs 1 through 39 and re-alleges them as if set forth fully herein.

41. Rouhandeh co-authored the 2023 Article that was subsequently published on Newsweek's website and this article contained the false and defamatory statement that Olivet had pled guilty to money laundering.

42. Rouhandeh's statement identified—and was "of or concerning"—Olivet.

43. Rouhandeh's statement contained a falsehood about Olivet, whether on its face and/or by virtue of a clear implication that Defendant affirmatively intended.

44. Rouhandeh's false statement regarding Olivet was defamatory per se.

45. Rouhandeh's false and defamatory statement was published throughout the State of Florida and around the world on the Internet, and was widely circulated by Newsweek to disseminate the statements to its broad audience.

46. Rouhandeh made the false and defamatory statement knowing that it was false or with reckless disregard for its truth or falsity.

47. Rouhandeh made his false statement with ill will and spite, and with wanton, reckless, or willful disregard for its injurious effect on Olivet and Olivet's rights.

48. Rouhandeh's false and defamatory statement caused Olivet to suffer reputational, financial, and professional harm.

49. Olivet demands trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Olivet prays this Court enter orders as follows:

1) Finding that Rouhandeh is liable for defaming Olivet.

2) Awarding permanent injunctive relief that Rouhandeh shall refrain from repeating or in any way furthering the publication of the defamatory statement.

3) Awarding Olivet damages in an amount to be determined at trial.

4) Awarding Olivet pre- and post-judgment interest, costs, and such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Olivet hereby demands a trial by jury on all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: March 27, 2024                          Respectfully submitted,

By: */s/ Andrew C. Searle*
    Andrew C. Searle
    Florida Bar No. 0116461
    Searle Law P.A.
    200 East Robinson St., Suite 1150
    Orlando, Florida 32801
    Tel: 407-952-0642
    Email: andrew@searle-law.com

    -and-

    Philip M. Bowman (*motion for special admission to be submitted*)
    New York Bar No. 4039129
    Email: pbowman@cooley.com
    Christopher M. Andrews (*motion for special admission to be submitted*)
    New York Bar No. 5442355
    Email: candrews@cooley.com
    COOLEY LLP
    55 Hudson Yards
    New York, NY  10001-2157
    Tel:  212-479-6000

    Attorneys for Plaintiff
    Olivet University