# EXHIBIT C



July 12, 2022

Newsweek LLC
Attn: Legal Counsel
1 World Trade Center
Floor 72
New York, NY 10007
United States
support@newsweek.com

**VIA U.S. MAIL & EMAIL**

**RE:   REQUEST TO RETRACT DEFAMATORY PUBLICATION PURSUANT TO CALIFORNIA CIVIL CODE §48a**

To Whom It May Concern,

This firm serves as outside counsel to Olivet University ("Olivet"). It has come to Olivet's attention that Newsweek LLC and/or its affiliated companies, Naveed Jamali, Alex J. Rouhandeh, and Nancy Cooper (collectively, "Newsweek"), have published false and defamatory content about Olivet.

**Pursuant to California Civil Code section 48a, Olivet hereby demands that Newsweek correct the libelous material described herein.**

By way of background, Olivet is a California-based private Christian university dedicated to educating ministry-bound individuals in Biblical scholarship and leadership. Olivet's mission is to train students in Biblical truth, with an educational philosophy that emphasizes scriptural study and following the Gospel of Jesus Christ.

On June 27, 2022, Newsweek published an article authored by Naveed Jamali and Alex J. Rouhandeh entitled, "Chinese Pastor's Arrest Ordered as Feds Circle Olivet Christian Sect" (the "June 27 Article"). As of the date of this letter, the June 27 Article remains publicly accessible on Newsweek's website at:

- https://www.newsweek.com/chinese-pastor-ordered-arrested-feds-circle-olivet-christian-sect-1719573

In relevant part, the June 27 Article contains the following statements:

> "Several Jang associates and businesses pleaded guilty to fraud and money laundering in 2018 after a long-running investigation by the Manhattan District Attorney. The Department of Homeland Security's investigative arm searched the premises of Olivet University's campus in Anza, California, in April 2021 in what officials told *Newsweek* was an open investigation into visa fraud, labor trafficking and money laundering."

On July 2, 2022, Newsweek published an article authored by Naveed Jamali entitled, "New York Shuts Down Olivet University Amid Federal Money-Laundering Probe" (the "July 2 Article"). As of the date of this letter, the July 2 Article remains publicly accessible on Newsweek's website at:

- https://www.newsweek.com/new-york-shuts-down-olivet-university-amid-federal-money-laundering-probe-1721221

In relevant part, the July 2 Article contains the following statements:

"Olivet pleaded guilty to money laundering, as did several of Jang's followers and companies they ran."

On July 3, 2022, Newsweek published an article authored by Alex J. Rouhandeh, with an Editor's Note by Nancy Cooper, entitled, "IBT Media Sues Newsweek CEO, Demanding He Return the Magazine" (the "July 3 Article"). As of the date of this letter, the July 3 Article remains publicly accessible on Newsweek's website at:

- https://www.newsweek.com/ibt-media-sues-newsweek-ceo-demanding-he-return-magazine-1721301

In relevant part, the July 3 Article contains the following statements:

"Uzac, IBT and several other members of Jang's Olivet sect and companies they controlled pleaded guilty to money laundering and fraud a few months later."

(collectively, the "Articles").

The Articles contain false assertions of fact, which constitute defamation per se under California law. Specifically, and contrary to the Articles, Olivet did not plead guilty to money laundering.

**Pursuant to California Civil Code §48a(a), Olivet requests that Newsweek remove or correct the June 27 Article, the July 2 Article, and the July 3 Article.**

Please allow this letter to create a reasonable understanding that this dispute may result in litigation. Thus, please ensure that Newsweek immediately implements an appropriate litigation hold. Such a hold should include, but not be limited to, preserving all documents that mention, refer to, or concern Olivet, including all electronic documents, electronic communications, instant messages, online postings, and webpages.

This letter does not constitute a complete or exhaustive statement of all of Olivet's rights, claims, contentions, or legal theories regarding this matter. Nothing stated herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of Olivet's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Sincerely,

KRONENBERGER ROSENFELD, LLP

Jeffrey M. Rosenfeld